1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| PAUL CARLOS GARCIA, et al., | Case No. 1:18-cv-01369-JLT (PC) |
| Plaintiff, | **ORDER SEVERING PLAINTIFFS' CLAIMS AND DIRECTING CLERK'S OFFICE TO OPEN NEW ACTIONS FOR PLAINTIFFS FROEMEL AND DAVIS** |
| v. | |
| CALIFORNIA STATE SUPERIOR COURTS, et al., | **(Doc. 1)** |
| Defendants. | |

        Paul Carlos Garcia, Rocky Devon Froemel, and Terrence Davis filed this civil rights action pursuant to 42 U.S.C. § 1983.  (Doc. 1.)  After reviewing the complaint, the Court has determined that each plaintiff should proceed separately on his own claims.

        Rule 21 of the Federal Rules of Civil Procedure provides that "[p]arties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just," and "[a]ny claim against a party may be severed and proceeded with separately."  Courts have broad discretion regarding severance.  *See Coleman v. Quaker Oats Co.*, 232 F.3d 1271, 1297 (9th Cir. 2000); *Maddox v. County of Sacramento*, No. 2:06-cv-0072-GEB-EFB, 2006 WL 3201078, *2 (E.D.Cal. Nov. 6, 2006).

        Plaintiffs are currently detained at the California Correctional Institution in Tehachapi, California.  In the Court's experience, an action brought by multiple incarcerated plaintiffs

1

proceeding *pro se* presents procedural problems that cause delay and confusion. The need for all plaintiffs to agree on all filings and for all filings to contain the original signatures of all plaintiffs will likewise lead to delay and confusion. Therefore, Plaintiffs' claims shall be severed, Plaintiff Garcia shall proceed as the sole plaintiff in this action and new actions shall be opened for Plaintiffs Froemel and Davis. *Gaffney v. Riverboat Serv. of Indiana*, 451 F.3d 424, 441 (7th Cir. 2006). Each plaintiff shall be solely responsible for prosecuting his own action.

Accordingly, based on the foregoing, the Court **ORDERS**:

1.    Plaintiff Garcia shall proceed as the sole plaintiff in this action (case number 1:18-cv-01369-JLT (PC));

2.    The claims of Plaintiffs Froemel and Davis are severed from the claims of Plaintiff Garcia; and

3.    The Clerk of the Court is directed to:

   a.    Open new, separate civil actions for Plaintiffs Froemel and Davis;

   b.    File and docket a copy of this order in the new actions opened for Plaintiffs Froemel and Davis;

   c.    Place a copy of the Complaint filed in this action, on October 4, 2018, in the new actions opened for Plaintiffs Froemel and Davis;

   d.    Send Plaintiffs Froemel and Davis each an endorsed copy of the Complaint, filed October 8, 2018, bearing the case number assigned to his own individual action; and

   e.    Change the name of this action to "*Garcia v. California State Superior Courts, et al.*"

IT IS SO ORDERED.

   Dated:   **October 10, 2018**                    **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE