# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY DEVON FROEMEL, | Case No. 1:18-cv-01396-BAM (PC) |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | (ECF No. 7) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ORDER TERMINATING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| Defendants. | (ECF No. 6) |

Plaintiff Rocky Devon Froemel ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. This action was opened on October 11, 2018, after it was severed from Case No. 1:18-cv-01369-JLT (PC). (ECF No. 3.) Plaintiff was then ordered to submit an application to proceed *in forma pauperis* or pay the filing fee within forty-five days. (ECF No. 4.)

On November 15, 2018, Plaintiff filed a consent to jurisdiction of magistrate judge jurisdiction, a motion to proceed *in forma pauperis*, and a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). (ECF Nos. 5, 6, 7.)

"[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is

1

required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078.  No defendant has been served in this action and no defendant has filed an answer or motion for summary judgment.

Accordingly, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to terminate all pending motions and deadlines, including Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 6), and close this case.

IT IS SO ORDERED.

Dated: **November 19, 2018**          /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE